**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPENCER E. BERRY,<br><br>        Petitioner,<br><br>    v.<br><br>McDONALD,<br><br>        Respondent. | Case No. 1:12-cv-00901-BAM-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR A RULING (DOC. 25) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on May 31, 2012, and on behalf of Respondent on September 26, 2012.

    Pending before the Court is the Petitioner's motion for a ruling on his petition for writ of habeas corpus.  In his motion, which was filed on July 26, 2013, Petitioner notes that Respondent

1

filed an amended answer on October 4, 2012, and Petitioner filed a traverse on October 26, 2012.  Petitioner thus requests a ruling on his petition.

The Court does not have a separate expedited calendar.  The Court understands Petitioner's need and desire to have his case heard quickly as he believes that relief is warranted.  However, the Court has pending before it at any given time hundreds of habeas cases wherein each prisoner alleges that relief is warranted.  Case management at the court proceeds in the order cases are received.  Due to the high volume of such cases and the Court's diligent handling of each case, a court decision often takes time.  Petitioner can rest assured that the Court acts to resolve all pending cases in the most efficient manner possible.

Accordingly, Petitioner's case will be heard in due course, and the motion for a ruling is DENIED.

IT IS SO ORDERED.

Dated:   **October 1, 2013**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

2