1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  SPENCER E. BERRY,                          1:12 -cv-00901-BAM-(HC)

11                    Petitioner,

12            v.                               ORDER DENYING MOTION FOR
                                               APPOINTMENT OF COUNSEL
13  MC DONALD,
                                               (Document #32)
14                    Respondent.

15
16
17

18        Petitioner has requested the appointment of counsel.  There currently exists no

19  absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v.

20  Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir.

21  1984).  However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any

22  stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing

23  Section 2254 Cases.

24        In the present case, although Petitioner presents multiple issues, the issues are not

25  novel or particularly complex. The Court finds that the interests of justice do not require the

26  appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that

27  Petitioner's request for appointment of counsel is DENIED.

    IT IS SO ORDERED.
28

                                            1

Dated:   **November 24, 2014**           /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE